IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DARRYL O'NEIL WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 3:10cv720-WHA |
| TALLAPOOSA COUNTY JAIL, et al., | ) ) ) |
| Defendants. | ) |

### **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #5), entered on August 26, 2010, the Recommendation is adopted, and it is hereby

ORDERED that the Plaintiff's claims against Tallapoosa County Jail are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), and Tallapoosa County Jail is DISMISSED as a party defendant.

This case is referred back to the Magistrate Judge for further proceedings.

DONE this 16th day September, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE