IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DARRYL O'NEIL WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:10-CV-720-WHA |
| JIMMY ABBETT, *et al.*, | ) (WO) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 45) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 45) of the Magistrate Judge is ADOPTED;

2. Defendants' motion for summary judgment (Docs. 27 & 35) is GRANTED to the extent Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy previously available to him at the Tallapoosa County Jail; and

3. This case is DISMISSED with prejudice under 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust an administrative remedy available to him during his confinement in the Tallapoosa County Jail.

A separate judgment shall issue.

Done this 8th day of January, 2013.

                                                /s/ W. Harold Albritton
                                                SENIOR UNITED STATES DISTRICT JUDGE