IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DARRYL O'NEIL WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:10-CV-720-WHA |
| JIMMY ABBETT, *et al.*, | )              (WO) |
| Defendants. | ) |

## JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendants.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 8th day of January, 2013.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE